OSCN Found Document:RE SUSPENSION OF CERTIFICATES OF CERTIFIED SHORTHAND REPORTERS

 

 
 

 
 RE SUSPENSION OF CERTIFICATES OF CERTIFIED SHORTHAND REPORTERS
2018 OK 20
Decided: 03/12/2018
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2018 OK 20, __ P.3d __

 
FOR PUBLICATION IN OBJ ONLY. NOT RELEASED FOR PUBLICATION. 

RE: Suspension of Certificates of Certified Shorthand Reporters
ORDER
The Oklahoma Board of Examiners of Certified Shorthand Reporters has recommended to the Supreme Court of the State of Oklahoma the suspension of the certificate of each of the Oklahoma Certified Shorthand Court Reporters listed on the attached Exhibit for failure to comply with the continuing education requirements for calendar year 2017 and/or with the annual certificate renewal requirements for 2018.
Pursuant to 20 O.S., Chapter 20, App. 1, Rule 20(c), failure to satisfy the annual renewal requirements on or before February 15 shall result in administrative suspension on that date. Pursuant to 20 O.S., Chapter 20, App. 1, Rule 23(d), failure to satisfy the continuing education reporting requirements on or before February 15 shall result in administrative suspension on that date.
IT IS THEREFORE ORDERED that the certificate of each of the court reporters named on the attached Exhibit is hereby suspended effective February 15, 2018.
DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE this 12th day of MARCH, 2018.
/S/CHIEF JUSTICE
Combs, C.J., Gurich, V.C.J., Kauger, Winchester, Edmondson, Colbert, Reif and Wyrick, JJ., concur.

Name

CSR #

Exhibit

Lori Byrd

1981

Continuing Education & Renewal Fee

Tara Dale

1409

Continuing Education & Renewal Fee

Kristina Greene

1377

Continuing Education & Renewal Fee

Holly Hurley

1765

Continuing Education & Renewal Fee